Aaron Brown, SBN 277981
Angel Silva, SBN 334083
CALIFORNIA TRIAL TEAM
18650 MacArthur Blvd., Ste. 300
Irvine, CA 92612
562-495-8405, fax 562-485-4719
aaron@caltrialteam.com
asilva@caltrialteam.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HELEN LOUISE LARSEN-NORMAN,<br>Plaintiff,<br>vs.<br>ULTRAMAR, INC.,<br>Defendant. | CASE NO. 2:26-cv-00443-E<br>**FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br>Magistrate Judge: Hon. Charles F. Eick |

This first amended complaint is filed pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), based on stipulation entered between Plaintiff HELEN LOUISE LARSEN-NORMAN and Defendant ULTRAMAR, INC. COMES NOW Plaintiff HELEN LOUISE LARSEN-NORMAN, and for a causes of action against the Defendants, complains and alleges as follows:

**GENERAL ALLEGATIONS, JURISDICTION AND VENUE**

1. Plaintiff HELEN LOUISE LARSEN-NORMAN alleges causes of action against defendants ULTRAMAR, INC.; BRAND INDUSTRIAL SERVICES, INC.; and SCHULTZ

INDUSTRIAL SERVICES, INC.

2. Plaintiff is a competent adult.

3. This is a premises liability and general negligence wrongful death case. The claims herein against Defendants arise under the law of the State of California.

4. The accident occurred at Valero Refinery, 2402 E. Anaheim St., Wilmington, CA 90744. Plaintiff is a natural person domiciled in San Pedro, CA. Defendant ULTRAMAR, INC. is a corporation formed in Nevada, with its principal address at ONE VALERO WAY SAN ANTONIO, TX 78249-1616. Defendant BRAND INDUSTRIAL SERVICES, INC. is a corporation formed in Delaware, with its principal address at 600 GALLERIA PKWY SE, SUITE 1100, ATLANTA, GA 30339. Defendant SCHULTZ INDUSTRIAL SERVICES, INC. is a corporation formed in California, with its principal address at 18841 S BROADWICK ST., STE. 100, RANCHO DOMINGUEZ, CA 90220.

5. Jurisdiction in federal court is not proper. There is no complete diversity pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff HELEN LOUISE LARSEN-NORMAN and Defendant SCHULTZ INDUSTRIAL SERVICES, INC. are both citizens of California. The court with jurisdiction is Superior Court of California, County of Los Angeles.

6. Venue in federal court is not proper, because jurisdiction in federal court is not proper. The proper venue is Superior Court of California, County of Los Angeles.

7. The causes of action are premises liability and general negligence.

8. Plaintiff Helen Louise Larsen-Norman was decedent James Norman's spouse.

- Pursuant to CCP § 377.34(b), plaintiff seeks damages for decedent's pain, suffering, and disfigurement.
- Plaintiff seeks decedent's economic damages, including medical expenses.
- Plaintiff seeks the following wrongful death damages:

    - The loss of decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support.
    - The loss of enjoyment of sexual relations.
    - The loss of decedent's guidance.
    - The financial support that decedent would have contributed to the family.
    - The loss of gifts or benefits that plaintiff would have expected to receive from decedent.
    - Funeral and burial expenses.
    - The reasonable value of household services that decedent would have provided.

- Plaintiff seeks general damages.
- Plaintiff seeks interest thereon.
- To the extent not otherwise stated above, plaintiff seeks all damages available in wrongful death and survival actions.

## FIRST CAUSE OF ACTION AGAINST DEFENDANTS FOR PREMISES LIABILITY UNDER CALIFORNIA LAW

9. Plaintiff refers to and incorporates herein by this reference each and every allegation of paragraphs 1 through 8 of this complaint, as though fully set forth at length.

10. Plaintiff alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

11. The accident occurred on 10/21/2024 at Valero Refinery, 2402 E. Anaheim St., Wilmington, CA 90744. At approximately 4:30 a.m., Decedent James Norman was loading a bin onto a refuse truck trailer, and the bin fell. While attempting to avoid being hit by the

bin, Decedent was run over by a passing semi-truck, resulting in his death. Plaintiff is Decedent's widow.

12. Defendants ULTRAMAR, INC.; BRAND INDUSTRIAL SERVICES, INC.; and SCHULTZ INDUSTRIAL SERVICES, INC. negligently owned, maintained, managed and/or operated the premises described.

13. Defendants BRAND INDUSTRIAL SERVICES, INC. and SCHULTZ INDUSTRIAL SERVICES, INC. were the agents and/or employees of ULTRAMAR, INC. and/or each other, and acted within the scope of the agency.

**SECOND CAUSE OF ACTION AGAINST DEFENDANTS FOR GENERAL NEGLIGENCE UNDER CALIFORNIA LAW**

14. Plaintiff refers to and incorporates herein by this reference each and every allegation of paragraphs 1 through 13 of this complaint, as though fully set forth at length.

15. Plaintiff alleges that Defendants ULTRAMAR, INC.; BRAND INDUSTRIAL SERVICES, INC.; and SCHULTZ INDUSTRIAL SERVICES, INC. were the legal (proximate) cause of damages to plaintiff. By the acts or omissions to act described herein, defendants negligently caused the described damages to plaintiff on 10/21/2024 at Valero Refinery, 2402 E. Anaheim St., Wilmington, CA 90744.

16. At approximately 4:30 a.m. on 10/21/2024, Decedent James Norman was loading a bin onto a refuse truck trailer, and the bin fell. While attempting to avoid being hit by the bin, Decedent was run over by a passing semi-truck, resulting in his death. Plaintiff is Decedent's widow.

17. Defendants were negligent in the loading of the bin at issue. Defendants loaded the bin at issue such that it was unbalanced. This resulted in the unbalanced bin falling off

Decedent's trailer, which led to Decedent being run over by another vehicle while attempting to avoid the falling bin. Defendants' negligence was a substantial factor in causing Decedent's death, and thereby causing Plaintiff's harm.

**PRAYER**

WHEREFORE, Plaintiff prays for damages against the Defendants, and each of them, as follows:

- Pursuant to CCP § 377.34(b), plaintiff seeks damages for decedent's pain, suffering, and disfigurement.
- Plaintiff seeks decedent's economic damages, including medical expenses.
- Plaintiff seeks the following wrongful death damages:
  - The loss of decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support.
  - The loss of enjoyment of sexual relations.
  - The loss of decedent's guidance.
  - The financial support that decedent would have contributed to the family.
  - The loss of gifts or benefits that plaintiff would have expected to receive from decedent.
  - Funeral and burial expenses.
  - The reasonable value of household services that decedent would have provided.
- Plaintiff seeks general damages.
- Plaintiff seeks interest thereon.
- To the extent not otherwise stated above, plaintiff seeks all damages available in wrongful death and survival actions.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of the above-captioned matter.

DATED: 04/16/2026

**CALIFORNIA TRIAL TEAM**

By: [signature]
Aaron Brown
Attorneys for Plaintiff